IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　　v.<br>GREGORY TEPENKIOZIS,<br>　　　　Defendant and Judgment Debtor.<br><br>SAFE CREDIT UNION,<br>(and its Successors and Assignees)<br>　　　　Garnishee. | Case No. 2:18-MC-00027-MCE-EFB<br><br>**FINAL ORDER OF GARNISHMENT (BANK ACCOUNTS)**<br><br>Criminal Case No.: 2:09-CR-00017-KJM |

　　　　Pending before the Court is the United States' application for a final order of garnishment (the Application) for the garnishment of defendant Gregory Tepenkiozis's non-exempt property and accounts being held by the garnishee, Safe Credit Union (Safe CU).

　　　　The Court, finding good cause therefrom, hereby GRANTS the Application based on the following facts:

　　　　1.　　Plaintiff filed an application for writ of garnishment (bank accounts) on March 6, 2018. Docket Entry (DE) No. 1.

　　　　2.　　On the same day, the Clerk issued the writ of garnishment and Plaintiff duly served Safe CU with the writ and its attachments. DE Nos. 2 and 3, respectively.

FINAL ORDER OF GARNISHMENT　　　　　　　　　　1
(BANK ACCOUNTS)

3. On March 8, 2018, Plaintiff served Defendant with a copy of the writ of garnishment and its attachments, thereby notifying Defendant of his rights to request a hearing, claim exemptions to the garnishment, and object to Safe CU's acknowledgement of service and answer (the Answer). DE No. 5 and 6.

4. Safe CU served its Answer on March 8, 2018. DE No. 7. The Answer identifies the Defendant as the owner of two accounts with the following balances: No. \*\*\*041-09, $386.52; and No. \*\*\*041-00, $0.01.

5. Defendant has not filed any opposition to this garnishment proceeding. He had twenty (20) days from the date he received the writ package to claim exemptions or request a hearing in opposition to this proceeding. 28 U.S.C. § 3202(d). He did not, and that time has now expired. Defendant also had 20 days from the date Plaintiff served Safe CU's Answer to object to the Answer, but failed to do so. That time has also lapsed. 28 U.S.C. § 3205(c)(5).

6. Plaintiff has satisfied all conditions for the issuance of a final order of garnishment against Defendant's Safe CU accounts.

ACCORDINGLY, pursuant to 28 U.S.C. § 3205(c)(7), the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Defendant Gregory Tepenkiozis' non-exempt Safe CU's property and accounts are GARNISHED.

2. The United States is ENTITLED to recover the ten percent (10%) litigation surcharge authorized under 28 U.S.C. § 3011(a) in addition to the unpaid $101,120.06 judgment balance.

3. Garnishee, Safe CU, is directed to LIQUIDATE and PAY to the Clerk of Court, within 21 days of the filing of this order, the contents of Defendant's account No. \*\*\*041-00. Safe CU shall MAKE the payment via cashier's check or money order payable to the "Clerk of the Court."

////
////
////
////
////

4. Safe CU shall DELIVER or MAIL the payment to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. Safe CU shall also state the criminal docket number (Case No.: 2:09-CR-00017) on the payment instrument, and if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated: May 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE